JUL 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ MB _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR CORRALES-VALENZUELA (1),<br>JESUS PASILLAS-VARGAS (2),<br>DIEGO RENTERIA-ORTIZ (3),<br><br>Defendants. | Criminal Case No. 08CR 2330 - H<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(iv) and<br>(v)(II) - Inducing and Encouraging<br>Illegal Aliens to Enter the United<br>States and Aiding and Abetting;<br>and Title 18, U.S.C., Sec. 1001 -<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

Count 1

On or about June 27, 2008, within the Southern District of California, defendant HECTOR CORRALES-VALENZUELA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, JESUS PASILLAS-VARGAS, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

//

//

//

//

Count 2

On or about June 27, 2008, within the Southern District of California, defendant JESUS PASILLAS-VARGAS, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was George Nunez, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

Count 3

On or about June 27, 2008, within the Southern District of California, defendant DIEGO RENTERIA-ORTIZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Gabriel J. Garcia, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: _July 15, 2008_ .

KAREN P. HEWITT
United States Attorney


CARLA J. BRESSLER  *for*
Assistant U.S. Attorney

CJB:jam:San Diego
7/7/08